# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**BYRON MCENTIRE**                                                                 **PLAINTIFF**

**v.**                                            **No. 3:17-CV-142-BD**

**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

SO ORDERED, this 24th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE